SEYFARTH SHAW LLP
Francis J. Ortman, III (SBN 213202); fortman@seyfarth.com
Justin T. Curley (SBN 233287); jcurley@seyfarth.com
Pritee K. Thakarsey (SBN 266168); pthakarsey@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
PIER 39 LIMITED PARTNERSHIP

David S. Harris (SBN 215224);
dsh@northbaylawgroup.com
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941
Telephone: 415.388.8788
Facsimile: 415.388.8770

Abigail Treanor (SBN 228610);
abigail@jauriguelaw.com
JAURIGUE LAW GROUP
114 N. Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: 818.630.7280
Facsimile: 888.879.1697

Attorneys for Plaintiff
ADAN V. BERNARDINO PERALTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN BERNARDINO PERALTA, individually and on behalf of all others similarly situated,<br><br>v.<br><br>PIER 39 LIMITED PARTNERSHIP, a California Limited Partnership, and DOES 1 to 10,<br><br>Defendants. | Case No. 13-cv-00982-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE PRIVATE MEDIATION** |

Plaintiff ADAN V. BERNARDINO PERALTA and Defendant PIER 39 LIMITED PARTNERSHIP (hereinafter "the parties"), through their respective counsel stipulate and agree as follows:

1. On July 18, 2013, the Court issued an Order Selecting ADR Process, setting November 15, 2013 as the deadline for the parties to complete private mediation.

2. The parties are attempting in good faith to resolve this matter, and are engaging in informal settlement negotiations.

3. The parties seek to avoid the cost and expense of scheduling a private mediation by informally resolving this matter within the next 30 days.

4. The next hearing date in this case is the Further Case Management Conference on December 11, 2013. Extending the date of mediation will not impact any other court imposed deadlines.

THEREFORE, the parties hereto stipulate and agree, and request, that the Court enter an Order continuing the deadline to conduct private mediation from November 15, 2013 to December 16, 2013.

**IT IS SO STIPULATED.**

DATED: October 30, 2013                    Respectfully submitted,

                                           SEYFARTH SHAW LLP


                                           By:   /s/ Francis J. Ortman, III
                                                 Francis J. Ortman, III
                                                 Justin T. Curley
                                                 Pritee K. Thakarsey
                                           Attorneys for Defendants
                                           PIER 39 LIMITED PARTNERSHIP

1

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION / CASE NO. 13-CV-00982-JST

| | |
|---|---|
| 1  DATED:  October 30, 2013 | Respectfully submitted, |
| 2 | NORTH BAY LAW GROUP |
| | JAURIGUE LAW GROUP |
| 3 | |
| 4 | |
| 5 | By:   /s/ David S. Harris |
| | David S. Harris |
| | Abigail Treanor |
| 6 | Attorneys for Plaintiff |
| | ADAN V. BERNARDINO PERALTA |

2

# [PROPOSED] ORDER

Good cause appearing and pursuant to the parties' above stipulation, the Court GRANTS the parties' request to extend the deadline to complete the mediation in this matter.

The deadline for the parties to complete mediation in this matter is extended to December 16, 2013.

**IT IS SO ORDERED.**

**DATED:** November 4, 2013

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

16355526v.1