UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN BERNARDINO PERALTA,<br><br>    Plaintiff,<br><br>    v.<br><br>PIER 39 LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 13-cv-00982-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 25 |

The parties stated on the record on November 25, 2013, that they have settled this action. See ECF No. 25. Accordingly, all deadlines and hearings in this case are VACATED. By January 24, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated:

                                       JON S. TIGAR<br>                             United States District Judge