UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN BERNARDINO PERALTA,<br><br>    Plaintiff,<br><br>  v.<br><br>PIER 39 LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No.  13-cv-00982-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 27 |

    The parties have filed a stipulation of dismissal dated January 8, 2014, stating that they have agreed to a settlement of this action.  ECF No. 27.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    All claims between Plaintiff Adan Peralta and Defendant have been dismissed with prejudice.  The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: January 9, 2014

                                                   JON S. TIGAR
                                             United States District Judge